UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANNE COOK, DENNIS L. COOK,

    Plaintiffs,

v.

COUNTRYWIDE HOME LOANS, INC.,
BAC HOME LOANS SERVICING, LP,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
BANK OF AMERICA HOME LOANS,
AND DOES 1-20,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:11-cr-839

## ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. § 455(a) and (b)(5)(i) from further participation in this case due to a corporate disclosure statement having revealed a conflict. Pursuant to Administrative Order 07-193, the Clerk's Office shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Date: August 12, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge